# United States Court of Appeals

## For the Eighth Circuit

_____

No. 25-3321

_____

Kyle Mark Hane

*Plaintiff - Appellant*

v.

City of Cedar Rapids

*Defendant - Appellee*

Mike Kitsmiller, City of Marion Chief of Police

*Defendant*

Cassandra Gundacker, City of Cedar Rapids Police Officer; Alexander Karl-Beu
Haas, City of Cedar Rapids Police Officer Badge #1092; City of Marion; David
Dostal, City of Cedar Rapids Chief of Police; Johanna Heidelbauer, City of
Marion Police Officer Badge #M228; Benoit Leroy, City of Marion Police Officer
Badge #M214; Linn County IA; Brian Gardner, Linn County Sheriff; Brenna Bird,
State of Iowa Attorney General; Shean D. Fletchall, State of Iowa Deputy
Attorney General; Scott Marler, State of Iowa Director of Transportation; State of
Iowa, By and through the Iowa Attorney General

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: June 9, 2026
Filed: June 12, 2026
[Unpublished]
_____

Before SMITH, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Kyle Hane appeals the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 complaint. After careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. See Vigeant v. Meek, 953 F.3d 1022, 1024 (8th Cir. 2020) (standard of review). Accordingly, we affirm.

_____

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.